## S. M. MOORE *et al.*

*v.*

## THE CITY OF CHICAGO.

SPECIAL ASSESSMENT—*void ordinance and assessment.* Where an ordinance, directing the improvement of a street upon which an assessment is made for the purpose, directing it to be curbed with curb walls, where they are not already built, and curb walls be re-built where they are not in a good and sound condition, the work to be done under the superintendence of the board of public works: *Held,* the ordinance and assessment under it are void, as the ordinance attempts to confer discretionary power which can only be exercised by the common council, and tended to induce unfair assessments, favoritism and fraud.

APPEAL from the Superior Court of Cook county; the Hon. JOSEPH E. GARY, Judge, presiding.

Mr. GEO. C. CAMPBELL, for the appellants.

Mr. M. F. TULEY, Corporation Counsel, for the appellee.

Mr. JUSTICE McALLISTER delivered the opinion of the Court:

The ordinance in this case, upon which the assessment proceedings are based, orders that Quincy street, from the west

line of Clark street to the east line of LaSalle street, and from the west line of LaSalle street to the east line of Wells street, and from the west line of Wells street to the east line of Market street, be curbed with curb walls *where curb walls are not already built,* and that the curb walls in the portions of Quincy street thereinbefore described, be re-built and repaired *where the same are not now in a good and sound condition,* etc., said work to be done under the superintendence of the board of public works.

We have repeatedly held that the common council is the only body which can exercise the discretion by this ordinance vested in the board of public works; that vesting such discretion in the board, prepares the way to unfair assessments, and tends to favoritism and fraud in letting contracts for the work. *Foss* v. *City of Chicago,* 56 Ill. 354. Such an ordinance is illegal and void.

For that reason, and that the collector was unauthorized to apply for the judgment, the same is reversed and the cause remanded.

*Judgment reversed.*